June 26, 2009

Mr. Wayne H. Paris
Gillis, Paris & Heinrich, P.L.L.C.
8 Greenway Plaza, Suite 818
Houston, TX 77046
Ms. Cynthia W. Hamilton
Assistant Disciplinary Counsel
PO Box 12487
Austin, TX 78711-2487

RE: Case Number: 08-0705
 Court of Appeals Number:
 Trial Court Number: BODA# 41135

Style: IN THE MATTER OF BOMA O. ALLISON

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion/s and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
| | |